# United States Court of Appeals for the Federal Circuit

---

March 13, 2025

**ERRATA**

---

Appeal No. 2023-1245

**LASHIFY, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**QINGDAO HOLLYREN COSMETICS CO. LTD., DBA HOLLYREN, QINGDAO XIZI INTERNATIONAL TRADING CO., LTD., DBA XIZI LASHES, QINGDAO LASHBEAUTY COSMETIC CO., LTD., DBA WORLDBEAUTY, KISS NAIL PRODUCTS, INC., ULTA SALON, COSMETICS & FRAGRANCE, INC., WALMART, INC., CVS PHARMACY, INC., ARTEMIS FAMILY BEGINNINGS, INC., DBA LILAC ST., ALICIA ZENG,**
*Intervenors*

---

Decided: March 5, 2025
Precedential Opinion

---

2

Please make the following changes:

On page 19, line 29, change "referred" to "refers"

On page 24, lines 6–7, change "labor or capital" to "labor and capital"

On page 24, line 24, change "reports" to "statements"

On page 26, line 5, change "and on" to "but on"